1  DOUGLAS J. CLARK, State Bar No. 171499
   (dclark@wsgr.com)
2  IGNACIO E. SALCEDA, State Bar No. 164017
   (isalceda@wsgr.com)
3  KYLE A. WOMBOLT, State Bar No. 224603
   (kwombolt@wsgr.com)
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JAMES J. GUZZETTI, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) TIBCO SOFTWARE, INC., VIVEK Y. RANADIVE, CHRISTOPHER G. O'MEARA, SYDNEY CAREY and RAJESH U. MASHRUWALA, ) ) ) ) ) ) Defendants. ) ) | CASE NO.: C-05-02373 CRB STIPULATION EXTENDING DEFENDANTS' TIME TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Local Rule 6-1, Plaintiff and Defendants Tibco Software, Inc. Vivek Y. Ranadive, Christopher G. O'Meara, Sydney Carey and Rajesh U. Mashruwala, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.  Unless the parties agree or the Court orders otherwise, the time within which the Defendants may answer, move or otherwise respond to Plaintiff's complaint is hereby extended until after the Court has selected a Lead Plaintiff or Plaintiffs and resolved the issue of which law firm(s) or attorney(s) will be acting as Lead Plaintiff's Counsel in this matter.

STIP EXTENDING DEFS' TIME TO RESPOND    -1-
TO THE COMPLAINT
CASE NO. C-05-02373-CRB

1  2. After the Court designates Lead Plaintiff's Counsel, counsel for Defendants and
2  Lead Plaintiff's Counsel shall confer and agree on a schedule for answering, moving or
3  otherwise responding to Plaintiff's complaint. The parties agree that such schedule will be
4  memorialized in a stipulation and proposed order to be filed with the court.

Dated: June 30, 2005                             SCOTT + SCOTT, LLC


By:   /s/ Arthur L. Shingler III
         Arthur L. Shingler III

Counsel for Plaintiff James J. Guzzetti

Dated: June 30, 2005                             WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


By:   /s/ Ignacio E. Salceda
         Ignacio E. Salceda

Counsel for Defendants Tibco Software, Inc., Vivek Y. Ranadive, Christopher G. O'Meara, Sydney Carey and Rajesh Mashruwala


I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation Extending Defendants' Time to Move or Otherwise Respond to Plaintiff's Complaint. In compliance with General Order 45.X.B, I hereby attest that Arthur L. Shingler III has concurred in this filing.

Dated: June 30, 2005                             WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


By:   /s/ Ignacio E. Salceda
         Ignacio E. Salceda

Counsel for Defendants Tibco Software, Inc., Vivek Y. Ranadive, Christopher G. O'Meara, Sydney Carey and Rajesh Mashruwala

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP EXTENDING DEFS' TIME TO RESPOND
TO THE COMPLAINT
CASE NO. C-05-02373-CRB

-2-