DOUGLAS J. CLARK, State Bar No. 171499
(dclark@wsgr.com)
IGNACIO E. SALCEDA, State Bar No. 164017
(isalceda@wsgr.com)
KYLE A. WOMBOLT, State Bar No. 224603
(kwombolt@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE SIEGALL, Individually And On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>TIBCO SOFTWARE, INC., VIVEK Y. RANADIVE, CHRISTOPHER G. O'MEARA, SYDNEY CAREY and RAJESH U. MASHRUWALA,<br><br>  Defendants. | CASE NO:  C-05-02146 SBA<br><br>STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| RONALD BERNHEIM, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TIBCO SOFTWARE, INC., VIVEK RANADIVÉ, RAJESH MASHRUWALA, SYDNEY CAREY and CHRIS O'MEARA,<br><br>  Defendants. | CASE NO.: C-05-02205 SBA |

STIP & [PROP] ORDER RE CMC;
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373 SBA

1

| | | |
|---|---|---|
| 1 | JAMES J. GUZZETTI, Individually and on Behalf of All Others Similarly Situated, ) ) | CASE NO.: C-05-02373 SBA |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | TIBCO SOFTWARE, INC., VIVEK Y. RANADIVE, CHRISTOPHER G. O'MEARA, SYDNEY CAREY and RAJESH U. ) ) ) | |
| 6 | MASHRUWALA, ) ) | |
| 7 | Defendants. ) ) | |

9  WHEREAS, the Court has scheduled a Case Management Conference on September 22,

10  2005 at 3:15 p.m., via telephone, in the above matters; and

11  WHEREAS, a Case Management Statement must be filed and served 10 days prior to the

12  Case Management Conference; and

13  WHEREAS, a motion has been filed for appointment of a lead plaintiff and to

14  consolidate the above matters, with such motions set to be heard on October 4, 2005 at 1:00

15  p.m.; and

16  WHEREAS, it is expected that a consolidated complaint will be filed subsequent to the

17  appointment of a lead plaintiff and resolution of the consolidation motion; and

18  WHEREAS, the parties believe that a Case Management Conference would be most

19  effective if held subsequent to the time a consolidated complaint is filed;

20  THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's

21  approval, that:

22  (1) The Case Management Conference shall be rescheduled to take place after the

23  filing of a consolidated complaint and on such date as the Court hears defendants' motion to

24  dismiss the consolidated complaint, unless otherwise ordered by the Court; and

25  (2) The Case Management Statement shall be filed and served 10 days prior to the

26  Case Management Conference.

STIP & [PROP] ORDER RE CMC;
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373 SBA

2

| | | |
|---|---|---|
| 1 | Dated: September 8, 2005 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | | By:  /s/ Ignacio E. Salceda |
| | | Ignacio E. Salceda |
| 5 | | Attorneys for Defendants |
| 7 | Dated: September 8, 2005 | MILBERG WEISS BERSHAD & SCHULMAN LLP |
| 9 | | By: /s/ Karen T. Rogers |
| | | Karen T. Rogers |
| 11 | | Attorneys for Plaintiffs in *Lance Siegall, et al. v. TIBCO Software Inc. et al*. |
| 13 | Dated: September 8, 2005 | GREEN WELLING LLP |
| 15 | | By:  /s/ Avin P. Sharma |
| | | Avin P. Sharma |
| 16 | | Attorneys for Plaintiffs in *Ronald Bernheim, et al. v. TIBCO Software Inc. et al*. |
| 18 | Dated: September 8, 2005 | SCOTT + SCOTT, LLC |
| 20 | | By: /s/ Arthur L. Shingler III |
| | | Arthur L. Shingler III |
| 22 | | Attorneys for Plaintiffs in *James J Guzzetti, et al. v. TIBCO Software Inc. et al*. |

STIP & [PROP] ORDER RE CMC;
CASE NOS. 05-02146 SBA; 05-02205 SBA; 05-02373 SBA

3

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: 9-12-05

5                                                                 SAUNDRA B. ARMSTRONG
                                                                  UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Saundra B. Armstrong]*